ADAM PAUL LAXALT
  Attorney General
ERIN L. ALBRIGHT, Bar No. 9953
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1257
E-mail: ealbright@ag.nv.gov

*Attorneys for Defendants*
*Timothy Howard, Debbie Keenon*
*and Brian Ward*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DAVID BRESSELSMITH,

        Plaintiff,

vs.

KEENON, et al.,

        Defendants.

Case No. 3:17-cv-00243-MMD-WGC

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff, David Bresselsmith, appearing *pro se*, and Defendants, Timothy Howard, Debbie Keenon and Brian Ward, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Erin L. Albright, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

DATED this 2⁹ day of March, 2018.

By: _____
David Bresselsmith (#89079)
Plaintiff

DATED this 3rd day of ~~March~~ April, 2018.

OFFICE OF THE ATTORNEY GENERAL

By: _____
Erin L. Albright, SBN 9953
100 N. Carson Street
Carson City, NV 89701
(775) 684-1257
ealbright@ag.nv.gov
Attorneys for Defendants

**IT IS SO ORDERED**

_____
**U.S. DISTRICT JUDGE**

**DATED** April 3, 2018

2

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 3rd day of April, 2018, I caused to be deposited for mailing in the U.S. Mail a copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**, to the following:

David Bresselsmith, #89079
Ely State Prison
P.O. Box 1989
Ely, NV 89301

*/s/ Laurie Penny*
An employee of the
Office of the Attorney General